944

No. 1281. Mississippi Valley Portland Cement Co. *v.* United States. C. A. 5th Cir. Certiorari denied. *Charles Clark* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Thomas L. Stapleton,* and *Howard M. Koff* for the United States.

No. 1298. John J. McMullen Associates, Inc. *v.* State Board of Higher Education et al. C. A. 9th Cir. Certiorari denied. *Martin Fleit, Harvey B. Jacobson, Jr.,* and *Erskine B. Wood* for petitioner. *Stephen W. Blore* and *Robert Y. Thornton* for respondents.

No. 1299. Hoerdt, Trustee, et al. *v.* City of Evanston. App. Ct. Ill., 1st Dist. Certiorari denied. *Edward J. Metzdorf* for petitioners.

No. 1302. Union Pacific Railroad Co. *v.* United States. Ct. Cl. Certiorari denied. *Robert J. Casey, Thomas E. Tyre, John A. Craig,* and *Thomas J. McCoy, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Gilbert E. Andrews* for the United States.

No. 1304. Geauga Plastics Co. *v.* National Labor Relations Board. C. A. 6th Cir. Certiorari denied. *C. A. Kothe* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 1316. Bushman *v.* California. App. Dept., Super. Ct. Cal., County of Santa Barbara. Certiorari denied. *John M. Sink* for petitioner.